**CHIEF JUSTICE**
 ROGELIO VALDEZ

**JUSTICES**
 NELDA V. RODRIGUEZ
 DORI CONTRERAS GARZA
 GINA M. BENAVIDES
 GREGORY T. PERKES
 NORA L. LONGORIA

**CLERK**
 DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

January 9, 2015

Hon. Lindsay K. Deshotels
1700 7th St Rm 325
Bay City, TX 77414-5034
* DELIVERED VIA E-MAIL *

Hon. Steven E. Reis
District Attorney
1700 7th Street, Room 325
Bay City, TX 77414
* DELIVERED VIA E-MAIL *

Hon. Monica Lee Strickland
Matagorda County Courthouse
1700 7th Street, Suite 325
Bay City, TX 77414-5034
* DELIVERED VIA E-MAIL *

Hon. Robinson C. Ramsey
Langley & Banack
Trinity Plaza II, Suite 900
745 E. Mulberry Ave.
San Antonio, TX 78212-3166
* DELIVERED VIA E-MAIL *

Hon. Kristen Jernigan
Attorney at Law
207 S. Austin Ave.
Georgetown, TX 78626
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-13-00328-CR
Tr.Ct.No. 13-094
Style:     FRANK LARA JR. v. THE STATE OF TEXAS


        The above-referenced cause has been set for submission without oral argument on Friday, January 23, 2015, before a panel consisting of Justice Gina M. Benavides, Justice Gregory T. Perkes and Justice Nora Longoria.   Pursuant to TEX. R. APP. P. 2, the Court suspends the 21 day notice requirement of Rule 39.8.  *See* TEX. R. APP. P. 2 (allowing appellate courts to suspend a rule's operation in a particular case and order a different procedure); TEX. R. APP. P. 39.8 (delineating notification requirements regarding submission of a cause).

                              Very truly yours,

                              *Dorian E. Ramirez*

                              Dorian E. Ramirez, Clerk

DER:ch